IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CR-00089-BCW-1 |
| ) | |
| BRUCE DeWAYNE JENSEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation granting Defendant's Motion for Order for Competency Examination (Doc. #19). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law, finding the defendant incompetent to stand trial and to assist in his defense. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order. RECOMMENDED that the District Court, after conducting its own independent review of the record, find that defendant Jensen is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense

IT IS SO ORDERED.


DATED: February 5, 2016         /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT