IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CR-00089-BCW-1 |
| ) | |
| BRUCE DeWAYNE JENSEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. #31) granting Defendant's Motion for Order for Competency Evaluation (Doc. #23). Neither party filed objections to the Report and Recommendation. The Court adopts Magistrate Judge Maughmer's findings of fact and conclusions of law. Accordingly, it is hereby

RECOMMENDED that the District Court, after conducting its own independent review of the record and the applicable law, find that defendant is competent to understand the nature and consequence of the proceedings against him, and finding the defendant competent to stand trial and to assist in his defense.

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: August 23, 2016         /s/ Brian C. Wimes
                               JUDGE BRIAN C. WIMES
                               UNITED STATES DISTRICT COURT